UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHUAYB ALI,    CIVIL NO. 06-1586 (JNE/JSM)

    Petitioner,

v.    ORDER

SCOTT BANIECKE,
Field Director, BICE

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated August 31, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED AS MOOT.

Dated: September 22, 2006

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Court Judge